


**FILED**

FEB - 9 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>VOLODYMYR and SVETLANA DUBINSKY,<br><br>Debtors.<br>_____<br>ASIATECH MANAGEMENT, LLC,<br><br>Plaintiff,<br>vs.<br>VOLODYMYR and SVETLANA DUBINSKY,<br><br>Defendants.<br>_____ | Case No. 09-27647-A-7<br><br><br><br><br><br><br><br>Adv. No. 09-2488 |

### JUDGMENT

For the reasons explained in the separate Memorandum, the judgment obtained by plaintiff Asiatech Management, LLC, in Santa Clara Superior Court, Case No. 1-07-CV-088107 against defendant Volodymyr Dubinsky is ORDERED, ADJUDGED, AND DECLARED to be nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(B). It is further ordered that the plaintiff recover its costs of suit and attorneys' fee from said defendant.

Dated: 9 Feb 2011

By the Court

Michael S. McManus, Judge
United States Bankruptcy Court



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities at the addresses shown below or on the attached list.

| | | |
|---|---|---|
| Kenrick Young<br>52 Seraspi Ct<br>Sacramento, CA 95834 | Volodymyr Dubinsky<br>144 Kettle Rock Ct<br>Folsom, CA 95630 | Svetlana Dubinsky<br>144 Kettle Rock Ct<br>Folsom, CA 95630 |
| Cheryl C. Rouse<br>345 Franklin St<br>San Francisco, CA 94102 | | |

DATED: 2/10/2011            By /s/ Donna Larson
                               Deputy Clerk

EDC 3-070 (Rev. 6/28/10)